[This opinion has been published in *Ohio Official Reports* at 175 Ohio St.3d 500.]

**WILSON, APPELLEE, *v.* WILSON, APPELLANT.**

**[Cite as *Wilson v. Wilson*, 2024-Ohio-2845.]**

*Appeal dismissed as having been improvidently accepted.*

(No. 2024-0046—Submitted July 23, 2024—Decided July 31, 2024.)

APPEAL from the Court of Appeals for Butler County,

No. CA2023-01-009, 2023-Ohio-4243.

————————————

The judgment entry of the court set forth below was joined by KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ.

{¶ 1} This cause is dismissed as having been improvidently accepted.

————————————

Dentons Bingham Greenebaum, L.L.P., and V. Brandon McGrath, for appellant, Jeff Wilson.

————————————